**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :    No. 818 MAL 2017
                                         :
           Respondent           :
                                         :    Petition for Allowance of Appeal from
                                         :    the Order of the Superior Court
          v.                      :
                                         :
                                         :
PATRICIA LYNNE RORRER,          :
                                         :
           Petitioner             :

## ORDER

**PER CURIAM**

      **AND NOW**, this 14th day of May, 2018, the Petition for Allowance of Appeal is **DENIED**.  Further, the Motion for Leave to File a Motion to Supplement the Record is **DENIED.**